BRADFORD J. MAY *v.* JILL SHERBER ET AL.
(12694)

O'CONNELL, FOTI and LANDAU, Js.

Argued April 26—decision released May 17, 1994

*James E. Swaine,* for the appellant (plaintiff).

*Matthew G. Conway,* for the appellee (defendant Phoenix Landing Condominium Association, Inc.).

PER CURIAM. The judgment is affirmed.